1  LAWRENCE G. BROWN
   United States Attorney
2  JAMES R. TERZIAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  1:06-CR-00365 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTION |
| v. | ) TO DISMISS INDICTMENT AND ORDER of DENIAL |
| NAJEH KAMAL JAWAD, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, James R. Terzian, Assistant United States Attorney for Plaintiff, and Anthony P. Capozzi, Attorney for Defendant, NAJEH KAMAL JAWAD, that the Motion to Dismiss Indictment currently scheduled for August 28, 2009, at 8:15 a.m. may be continued to October 2, 2009, at 8:15 a.m.  Further it is stipulated that the Government's response to said Motion to Dismiss will be due September 14, 2009, and the Status Conference scheduled for August 28, 2009, will remain on calendar.

This continuance is necessary for ongoing plea negotiations and to serve the ends of justice under 18 U.S.C. § 1361(h)(1)(A).

////

////

////

1

The parties agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

                                                LAWRENCE G. BROWN
                                                United States Attorney

DATED: August 18, 2009          By    /s/ JAMES R. TERZIAN
                                                      JAMES R. TERZIAN

DATED:  August 18, 2009          By    /s/ ANTHONY P. CAPOZZI
                                                      ANTHONY P. CAPOZZI
                                                      Attorney for Defendant,
                                                        NAJEH KAMAL JAWAD

**ORDER**

THE STIPULATION DOES NOT INCLUDE A SUFFICIENT FACTUAL BASIS FOR THE COURT TO DETERMINE THAT GOOD CAUSE EXISTS FOR THE CONTINUANCE.   DENIED.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE