LAWRENCE G. BROWN
United States Attorney
MARK E. CULLERS
JAMES R. TERZIAN
Assistant U.S. Attorneys
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-CR-00365 LJO |
| Plaintiff, ) | STIPULATION TO MOVE MOTIONS DUE |
| v. ) | DATES AND |
| NAJEH KAMAL JAWAD, ) | DATE:     October 7, 2009 |
| ) | TIME:     8:15 a.m. |
| Defendant. ) | COURTROOM: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel of record that the hearing on the defendant's Motion to Dismiss Indictment scheduled for October 8, 2009, at 8:15 a.m. be moved to October 7, 2009 at 8:15 a.m.

The basis for this request is that lead counsel for the government is unavailable on October 8, 2009, and would like to be present for oral argument on the matter.

All parties herein, through their respective counsel have been contacted regarding the new schedule date and concur with this request.

///

1

IT IS SO STIPULATED:

Dated: September 29, 2009          LAWRENCE G. BROWN
                                   United States Attorney

                                     /s/ Mark E. Cullers
                                   By: MARK E. CULLERS
                                   Assistant U.S. Attorney

Dated: September 29, 2009          LAWRENCE G. BROWN
                                   Acting United States Attorney

                                     /s/ James R. Terzian
                                   By: JAMES R. TERZIAN
                                   Assistant U.S. Attorney

Dated: September 29, 2009     By:  /s/ Anthony P. Capozzi
                                   ANTHONY P. CAPOZZI
                                   Attorney for Defendant
                                   NAJEH KAMAL JAWAD

**ORDER**

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Dismiss Indictment scheduled for October 8, 2009, at 8:15 a.m. be moved to October 7, 2009, at 8:15 a.m.

_____
Honorable Lawrence J. O'Neill
U.S. District Court Judge

IT IS SO ORDERED.

**Dated:   September 30, 2009**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE