# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-365 LJO |
| Plaintiff, | |
| vs. | ORDER RE: EXAMINATION OF DEFENDANT FOR DETERMINATION OF MENTAL COMPETENCY |
| NAJEH KAMAL JAWAD | |
| Defendant. | |

Upon the motion of counsel for the defendant, Najeh Kamal Jawa, pursuant to 18 U.S.C. § 4241(a), §4244, after hearing, and reasonable cause being found to believe that Mr. Najeh Kamal Jawad suffers from mental disease or defect rending him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the Court hereby orders, as follows, pursuant to §4241(b) or §4244:

(1) That a psychiatric examination of Mr. Najeh Kamal Jawad to be conducted, pursuant to §4247(b);

(2) All criminal proceedings shall be suspended pending the conclusion of the psychiatric examination and issuance of the report on the Defendant's competence to stand trial. The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

(3) Said examination will be conducted by Howard B. Terrell, M.D., to be held at 724 Medical Center Drive East, Suite 102, Clovis, California 93611 on December 9, 2009 at 1:30pm.

(4) That a psychiatric report be filed with the Court and copies be provided to the parties, through their respective counsel, pursuant to the provisions of § 4247(b)-( c ).

(5) A Status Conference will be held on Friday, January 22, 2010 at 8:30am.

IT IS SO ORDERED.

Dated:   December 4, 2009                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1