```
 1  BENJAMIN B. WAGENR
    United States Attorney
 2  MARK E. CULLERS
    HENRY Z. CARBAJAL
 3  Assistant U.S. Attorneys
    MEGAN A.S. RICHARDS
 4  Special Assistant U.S. Attorney
    2500 Tulare Street, Suite 4401
 5  Fresno, California 93721
    Telephone: (559) 497-4000
 6  Facsimile: (559) 497-4099

 7  Attorneys for the
    United States of America
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: 1:06-CR-00365 LJO |
|---|---|---|
| Plaintiff, | ) | ORDER APPROVING DEFERRED PROSECUTION AGREEMENT |
| v. | ) | |
| NAJEH KAMAL JAWAD, | ) | |
| Defendant. | ) | |

The Court has reviewed and considered the Deferred Prosecution Agreement filed on December 11, 2012 and continues all further criminal proceedings in this case, including trial, for a period of twelve (12) months. The parties have stipulated and requested that such twelve (12) month time period be excluded in computing the time within which any trial must be commenced upon the charges contained in the Superseding Indictment filed against defendant Najeh Kamal Jawad, pursuant to Title 18, United States Code, Section 3161(h)(2).

IT IS ORDERED THAT the Deferred Prosecution Agreement between

---
ORDER APPROVING DEFERRED PROSECUTION AGREEMENT

the United States and defendant Najeh Kamal Jawad filed December 11, 2012 is approved, and further criminal proceedings in this case, including trial, are hereby continued for a period of twelve (12) months from the date of this Order.

    IT IS FURTHER ORDERED THAT time shall be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(2), for the period through and including twelve (12) months from the date of this Order.

IT IS SO ORDERED.

**Dated:   December 12, 2012             /s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE