ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
NAJEH KAMAL JAWAD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>NAJEH KAMAL JAWAD,<br><br>        Defendant. | Case No.: 1:06-CR-00365-LJO<br><br>STIPULATION AND ORDER TO TERMINATE PRETRIAL SERVICES SUPERVISION AND RETURN PASSPORT |

**TO THE ABOVE-ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that Pretrial Services Supervision be terminated as to Defendant, NAJEH KAMAL JAWAD.  It is also stipulated that Defendant's passport be returned forthwith.

///

///

///

---

- 1 -
STIPULATION AND [PROPOSED] ORDER TO TERMINATE PRETRIAL SERVICES SUPERVISION
CASE NO.: 1:06-cr-00365-LJO

```
DATED: December 12, 2012            Respectfully submitted,

                                    /s/Anthony P. Capozzi

                                    ANTHONY P. CAPOZZI
                                    Attorney for, NAJEH KAMAL
                                    JAWAD


DATED: December 12, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Mark E. Cullers

                                    MARK E. CULLERS
                                    HENRY Z. CARBAJAL
                                    Assistant U.S. Attorneys
                                    MEGAN A.S. RICHARDS
                                    Special Assistant U.S.
                                    Attorney
```

**ORDER**

**IT IS HEREBY ORDERED** that Pretrial Services Supervision be terminated as to Defendant, NAJEH KAMAL JAWAD, and his passport shall be returned.

IT IS SO ORDERED.

   Dated:  **December 14, 2012**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE