ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
NAJEH KAMAL JAWAD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>NAJEH KAMAL JAWAD,<br><br>            Defendant. | Case No.: 1:06-CR-00365-LJO<br><br>REQUEST TO EXONERATE BOND WITH ORDER |

**TO THE ABOVE-ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, NAJEH KAMAL JAWAD, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deed returned.

1. Abdul K. Jawad, Deed No. 2008042547 and Deed No. 2008042548 – Docket # 32 (filed January 8, 2009).

This request is based upon the fact that a Deferred Prosecution Agreement between the United States and Defendant, NAJEH KAMAL JAWAD was filed on December 11, 2012, and approved on December 12, 2012.

DATED: January 29, 2013					Respectfully submitted,

							*/s/Anthony P. Capozzi*

							ANTHONY P. CAPOZZI
							Attorney for, NAJEH KAMAL JAWAD

\* \* \* \* \*

**ORDER**

**IT IS HEREBY ORDERED** that the property bonds posted in the above entitled matter be exonerated and returned to the designated parties.
					United States District Judge

IT IS SO ORDERED.

Dated: **January 29, 2013**			**/s/ Lawrence J. O'Neill**
							UNITED STATES DISTRICT JUDGE