BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
HENRY Z. CARBAJAL III
MEGAN A. S. RICHARDS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAJEH KAMAL JAWAD,<br><br>    Defendant, | CASE NO. 1:06-cr-00365 LJO<br><br>MOTION TO DISMISS INDICTMENT;<br>ORDER THEREON |

The United States Attorney's Office, pursuant to the Deferred Prosecution Agreement entered into on December 11, 2012 and Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment against NAJEH KAMAL JAWAD with prejudice in the interest of justice.

DATED: December 12, 2013

                                          /s/Henry Z. Carbajal III
                                        HENRY Z. CARBAJAL III
                                        Assistant United States Attorney

## ORDER

The Indictment in this matter as to NAJEH KAMAL JAWAD is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **December 12, 2013**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE